Rel: September 13, 2024

STATE OF ALABAMA -- JUDICIAL DEPARTMENT
THE SUPREME COURT
SPECIAL TERM, 2024

SC-2023-0578

Charles Stanton Sullivan v. Alabama Department of Environmental Management (Appeal from Tallapoosa Circuit Court: CV-16-900040).

WISE, Justice.

AFFIRMED. NO OPINION.

See Rule 53(a)(1) and (a)(2)(F), Ala. R. App. P.

Parker, C.J., and Sellers, Stewart, and Mitchell, JJ., concur.

Cook, J., recuses himself.